Gmail

The UPS Store <ups4264@gmail.com>

## Fw: Abyimael Lewis & Bell Family Civil Rights Federal Lawsuit
1 message

**Clarenece bell** <clarenecebell54@att.net>  
To: "ups4264@gmail.com" <ups4264@gmail.com>

Wed, Sep 28, 2022 at 12:37 PM

------ Forwarded Message ------  
**From:** Clarence bell <clarenecebell54@att.net>  
**To:** "clarenecebell54@att.net" <clarenecebell54@att.net>  
**Sent:** Wednesday, September 28, 2022, 3:25:56 PM EDT  
**Subject:** Abyimael Lewis & Bell Family Civil Rights Federal Lawsuit

2:22-cv-1687 TLN CKD
PS

Dear Judge Matsui I understand this isn't the correct way to bring presentation to a Federal Judge. I apologize for my unorthodox way for hearing our Federal Civil Rights Lawsuit which was filed early this week. More recently Norma Ramires a case reviewer for Solano County Child Welfare. Abyimael Lewis case that was selected for a State review this quarter. The Bell Family was requested to answer about Solano County CPS Dept. How can the Dept do a better job handling foster children foster parents. Monday 9/26/22 The Bell Family spoke with Mrs Ramirez email: nnramirez@solanocounty.com. Our conversation was about the mismanagement of foster child Abyimael Lewis foster parents the Bell Family. Thats mention in the Federal Civil rights Lawsuite, if you needed more evidence Mrs. Ramirez information at your disposal Thank You! Clarence Bell  
Sent from my iPhone



