UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BELL, et al., | 2:22-cv-01687-TLN-CKD (PS) |
| Plaintiffs, | ORDER TO SHOW CAUSE |
| v. | |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Plaintiffs, proceeding without the assistance of counsel, filed the instant action, paid the filing fee, and were given a summons and initial scheduling order by the Clerk of Court.[1]  (See ECF Nos. 1, 2, 3.)  The scheduling order required plaintiffs to serve defendants within 90 days, and by 10 days after that, "file with the Clerk a certificate reflecting such service."  (See ECF No. 3 at ¶ 2.)  This is also required by Rule 4 of the Federal Rules of Civil Procedure:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Fed. R. Civ. P. 4(m).  Despite the deadline, the record does not reflect that plaintiffs have

---

[1] As such, this matter was referred to the undersigned under Local Rule 302(c)(21).

1

attempted service on defendants. Thus, plaintiffs' complaint is on the verge of being dismissed.

Accordingly, IT IS HEREBY ORDERED that:

1. Within 14 days of this order, plaintiffs shall file a statement with the court indicating the status of service, or any good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4; and

2. Failure to respond to this order, or failure to show good cause for the lack of service of process, will result in dismissal of plaintiffs' case without prejudice.

Dated: January 31, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, bell.1687