UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BELL, et al., | No. 2:22-cv-01687-TLN-CKD (PS) |
| Plaintiffs, | ORDER |
| v. | |
| SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al., | |
| Defendants. | |

Plaintiffs, proceeding without the assistance of counsel, filed the instant action, paid the filing fee, and were given a summons and initial scheduling order by the Clerk of Court. (See ECF Nos. 1, 2, 3.)  Under the scheduling order and Rule 4 of the Federal Rules of Civil Procedure, plaintiffs were required to serve defendants within 90 days, and by 10 days after that, "file with the Clerk a certificate reflecting such service." (See ECF No. 3 at ¶ 2.)  See Fed. R. Civ. P. 4(m).

Because plaintiffs failed to file a certificate of service within the required period, the court ordered plaintiffs to submit a statement indicating the status of service or otherwise show good cause reasons why defendants have not been served pursuant to Federal Rule of Civil Procedure 4.  (ECF No. 7.)  The court indicated that failure to respond to the order or failure to show good

1

cause for the lack of service of process would result in dismissal of plaintiffs' case without prejudice.

Plaintiffs filed a written response on February 6, 2023 (ECF No. 8) and February 7, 2023 (ECF No. 9) indicating that legal documents were sent to defendants by mail. However, mailing documents does not constitute proper service under FRCP 4(c). The court is inclined to recommend dismissal for failure to prosecute. However, because plaintiffs proceed pro se, the court grants plaintiffs additional time to serve defendants pursuant to Federal Rule of Civil Procedure 4.

## **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. Within fifteen days of this order, plaintiffs shall serve defendants in accordance with Federal Rule of Civil Procedure 4; and
2. Within ten days of serving defendants, plaintiffs shall file with the clerk's office notice reflecting service in accordance with pursuant to Federal Rule of Civil Procedure 4. Failure to show good cause for the lack of service of process, will result in dismissal of plaintiffs' case without prejudice.

Dated: March 6, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21, bell.1687