UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BELL,<br><br>   Plaintiff,<br><br>   v.<br><br>SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, et al.,<br><br>   Defendants. | No.  2:22-cv-01687-TLN-CKD (PS)<br><br>ORDER |

On September 26, 2022, plaintiff, proceeding pro se, filed a fee-paid complaint against defendants.  (ECF No. 1.)  On July 5, 2023, defendant Solano County filed a motion to dismiss.  (ECF No. 24.)  The motion was to be heard by Zoom before the undersigned at 10:00 a.m. on August 30, 2023.  (ECF No. 25.)  However, when the court attempted to contact plaintiff via email and telephone to provide him the Zoom information, the email was returned as undeliverable and plaintiff's voice mailbox was full.

Because the emails to plaintiff have been returned as undeliverable and his voice mailbox is full, the court vacates the Zoom hearing on August 30, 2023, and resets it for September 20, 2023.  Plaintiff is ordered to show cause within ten days whether he will appear via Zoom, and if so he must provide a working email and phone number.  Alternatively, plaintiff may inform the

court that he wishes to attend the hearing in person.  If plaintiff fails to reply, the court will take the briefing under submission.

### **ORDER**

Accordingly, IT IS HEREBY ORDERED that:

1. The hearing on defendant's motion to dismiss hearing is RESCHEDULED from August 30, 2023 to September 20, 2023.
2. Plaintiff shall show cause within ten days whether he will appear via Zoom, and if so provide a working email and phone number.
3. Alternatively, plaintiff may inform the court that he wishes to attend the hearing in person.
4. If plaintiff fails to reply to this order, the court will take the briefing under submission.

Dated:  August 15, 2023

_/s/ Carolyn K. Delaney_
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

21,bell.1687