UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARENCE BELL, ET AL.,<br><br>            Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DEPARTMENT OF HEALTH AND HUMAN SERVICES, ET AL.,<br><br>            Defendant. | No. 2:22-cv-01687-TLN-CKD<br><br>**ORDER** |

Plaintiff, proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 2, 2024, the magistrate judge filed findings and recommendations herein which were served on the parties, and contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  The time to file objections has passed, and neither party filed any objections.

Accordingly, the Court presumes that any findings of fact are correct.  *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed *de novo*.  *See Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).  The Court reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the Proposed Findings and Recommendations in full.

1

Accordingly, IT IS ORDERED that:

1. The findings and recommendations (ECF No. 41) are ADOPTED IN FULL;
2. Plaintiff's First Amended Complaint (ECF No. 37) is DISMISSED without prejudice;
3. Defendant's Motion to Dismiss (ECF No. 38) is DENIED as moot; and
4. The Clerk of Court is directed to close this case.

Date: March 1, 2024

                                        Troy L. Nunley
                                        United States District Judge